# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY SLAVISH, | : |
| | : CIVIL ACTION NO. 3:20-CV-403 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : (Magistrate Judge Carlson) |
| v. | : |
| | : |
| I.C. SYSTEMS, INC., | : |
| | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 18th DAY OF OCTOBER 2023, upon review of Magistrate Judge Martin C. Carlson's Report and Recommendation ("R&R") (Doc. 23) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 23) is **ADOPTED** for the reasons set forth therein;

2. Defendant I.C. Systems, Inc.'s Motion for Summary Judgment (Doc. 13) is **GRANTED**;

3. The Clerk of Court is directed to enter judgment in favor of Defendant in the above-captioned matter;

4. The Clerk of Court is directed to **CLOSE THIS CASE**.

Robert D. Mariani
United States District Judge